NO









NO. 12-10-00192-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

ROYLAND EARL BLACK,

APPELLANT                                                     '     APPEAL
FROM THE 7TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     SMITH
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

            Appellant
pleaded guilty to driving while intoxicated.  We have received the trial
court's certification showing that this is a plea bargain case and Appellant
has no right to appeal.  See Tex.
R. App. P. 25.2(d).  The certification is signed by Appellant and his
trial counsel, and is supported by the record.  Accordingly, the appeal is dismissed
for want of jurisdiction.



                                                                                                    
JAMES T. WORTHEN    

                                                                                                                
Chief Justice

 

 

Opinion delivered July 14, 20010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)